RECEIVED
JUN - 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/20/05

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **CHERYL DUNN** | * | **CIVIL ACTION NO. 04-2049** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's previous administrative decision is **REVERSED** and this action is **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[5] This includes, but does not limit, sending the case to the hearing level with instructions to the Administrative Law Judge to order a consultative psychological evaluation. Claimant shall be afforded the opportunity

---

[5] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

Dunn v CSS
Page (1) of (2)

to submit additional evidence and to testify at a supplemental hearing.

Lafayette, Louisiana, this 21st day of June, 2005.

_____
TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

Dunn v C SS
page (2) of (2)

COPY SENT
DATE 6/22/05
BY PO
TO TH